```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
UNITED STATES OF AMERICA        :
                                :
          - v. -                :
                                :
YVETTE DAVIS,                   :
                                :
                                :
              Defendant.        :
                                :
- - - - - - - - - - - - - - - - x
```

☞ **ORIGINAL**

**07 CRIM. 508**

NOTICE OF INTENT
TO FILE AN
INFORMATION

07 Cr.

*JUDGE DANIELS*

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         May 23, 2007

                                    MICHAEL J. GARCIA
                                    United States Attorney

                              By:   _____
                                    SHARON E. FRASE
                                    Assistant United States Attorney

                                    AGREED AND CONSENTED TO:

                                    _____
                                    Steven Statsinger, Esq.
                                    Attorney for Yvette Davis

[SDNY ELECTRONICALLY FILED stamp, FILED: 5/24/07]

5/24/07 WHEEL A