UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :
                                   :        INFORMATION
     - v -                         :
                                   :        07 Cr.
YVETTE DAVIS,                      :
                                   :        07 CRIM. 508
          Defendant.               :
                                   :
- - - - - - - - - - - - - - - x

*JUDGE DANIELS*

     The United States Attorney charges:

     From in or about April 2005 through in or about January 2007, in the Southern District of New York, YVETTE DAVIS, the defendant, unlawfully, wilfully and knowingly did falsify, conceal, and cover up a material fact, and make a false, fictitious, and fraudulent statement and representation, and make and use a false statement and report knowing the same to contain false, fictitious, and fraudulent statements and entries in connection with the application for and receipt of compensation and other benefit and payment under subchapter I and III of chapter 81 of Title 5, United States Code, and falsely obtained benefits in an amount exceeding $1,000, to wit, YVETTE DAVIS, the defendant, a Postal Service employee, submitted false reports regarding her employment status to the United States Department of Labor in order to collect worker's compensation claims to which the defendant was not entitled.

     ( Title 18, United States Code, Section 1920. )

                                   _____
                                   MICHAEL J. GARCIA
                                   United States Attorney

*ELECTRONICALLY FILED    JUN 0 6 2007*