UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA          :
                                  :
        v.                        :
                                  :
YVETTE DAVIS,                     :         07 Cr.
                                  :
        Defendant.                :
- - - - - - - - - - - - - - - - - -X

       The above-named defendant, who is accused of violating Title 18, United States Code, Section 1920, being advised of the nature of the charge and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                         _Yvette Davis_____
                                         Defendant

                                         _____
                                         Witness

                                         _____
                                         Counsel for Defendant

Date:    New York, New York
        June  6  , 2007



0202