USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 24 2007

Request for Adjournment

| | | | |
|---|---|---|---|
| TO: | Honorable George B. Daniels<br>U.S. District Judge | OFFENSE: | False Statements (18 USC 1920) |
| From: | Veronica M. Dignam<br>U.S. Probation Officer | Original Sentence Date: September 13, 2007 | |
| Re: | Yvette Davis<br>DKT. # 07 CR 508 (GBD) | Required Submission to Counsel Date:<br>(35)Days:   August 9, 2007 | |
| Date: | August 20, 2007 | Defense Counsel: Steven M. Statsinger | |
| AUSA: | Sharon E. Frase | | |

*********************************************************************

This adjournment is requested for the following reason:

We attempted to arrange a presentence interview with counsel on two separate occasions, however; neither the defendant nor the defense counsel were available. As such, we have been unable to interview the defendant. A presentence interview was scheduled for August 9, 2007, however; on that day defense counsel's paralegal called and stated that she had to go back to court and would not allow us to interview the defendant without her being present. We interviewed the defendant on August 14, 2007. Therefore, we request a eight-week adjournment from the original sentence date to afford us the opportunity to complete and disclose the presentence report in accordance with Rule 32. Both defense counsel and the government have been notified of this request we have not received any objections as of this writing.

It is requested that Your Honor indicate the Court's decision as provided below. Counsel will be notified by copy of this form.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Veronica M. Dignam
U.S. Probation Officer
212-805-0040 ext. 5127

Approved By: _____
Thomas E. Mixon
Supervising U.S. Probation Officer

1. AN ADJOURNMENT IS GRANTED: __X__

    IF APPROVED, NEW DATE OF SENTENCE __11-15-07__ TIME & ROOM __15D__

2. REQUEST IS DENIED _____

**AUG 24 2007**
_____
DATE

_____
HONORABLE GEORGE B. DANIELS
U.S. DISTRICT COURT JUDGE

HON. GEORGE B. DANIELS