# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 25 2007

October 24, 2007

**SO ORDERED**
The sentencing is adjourned to
December 11, 2007 at 9:30 a.m.

*[signature]* OCT 25 2007
HON. GEORGE B. DANIELS

**BY HAND DELIVERY**

Hon. George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  **United States v. Yvette Davis**
         No. 07 Cr. 508 (GBD)
         **Request for Adjournment**

Dear Judge Daniels:

    I am writing to respectfully request that the sentencing in this case, currently scheduled for November 15, 2007, be adjourned for 30 days. I make this request because Ms. Davis is currently in a residential drug treatment program and is not available to assist me in preparing for her sentencing.

    I have left a message with Assistant United States Attorney Sharon Frase seeking her consent to the requested adjournment, but have not yet heard back from her.

                                Respectfully submitted,

                                STEVEN M. STATSINGER
                                Assistant Federal Defender
                                (212) 417-8736

cc:    AUSA Sharon Frase